UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY LEE JONES III, | Case No.: 2:24-cv-01039-APG-NJK |
| Plaintiff | **Order Denying Motions for Injunctive Relief** |
| v. | [ECF Nos. 2, 3, 9] |
| JOHN DOE #1, et al., | |
| Defendants | |

In light of Magistrate Judge Koppe's order dismissing the complaint for lack of subject matter jurisdiction with leave to amend (ECF No. 10),

I ORDER that plaintiff Johnny Lee Jones III's motions for injunctive relief **(ECF Nos. 2, 3, 9) are DENIED** without prejudice to renew once he has filed an operative complaint that invokes this court's jurisdiction.

DATED this 12th day of December, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE