**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHNNY LEE JONES, | Case No. 2:24-cv-01039-APG-NJK |
| Plaintiff(s), | **REPORT AND RECOMMENDATION** |
| v. | |
| JOHN DOE #1, et al., | |
| Defendant(s). | |

This case arises out of an alleged incident at the Courtyard Homeless Resource Center. Docket No. 1-1. On December 10, 2024, the Court screened Plaintiff's complaint, finding that it failed to state a claim pursuant to 42 U.S.C. § 1983 and failed to establish federal subject matter jurisdiction. Docket No. 10. The Court ordered that, if Plaintiff could cure those deficiencies, an amended complaint had to be filed by January 10, 2025. *Id.* at 3. The Court warned that "**[f]ailure to file an amended complaint by the deadline set above will result in the recommended dismissal of this case**." *Id.* at 4 (emphasis in original). Plaintiff has not filed an amended complaint, sought extension, or otherwise taken further action in this case. Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: January 14, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

**<u>NOTICE</u>**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).