UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY LEE JONES III, | Case No.: 2:24-cv-01039-APG-NJK |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| JOHN DOE #1, et al., | [ECF No. 13] |
| Defendants | |

On January 14, 2025, Magistrate Judge Koppe recommended that I dismiss this case because plaintiff Johnny Lee Jones III did not file an amended complaint by the given deadline. ECF No. 13. Jones did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 13) is accepted, and this case is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 30th day of January, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE